**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

PUBLIC INTEREST
LEGAL FOUNDATION, INC.,

*Plaintiff,*

v.                                                          Case 1:26-cv-01773-JFR-JMR

MAGGIE TOULOUSE OLIVER,
in her official capacity as New Mexico
Secretary of State,

*Defendant.*

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

This is a lawsuit for declaratory and injunctive relief brought pursuant to the National Voter Registration Act, 52 U.S.C. § 20507. Plaintiff served its complaint on June 11, 2026. According to Fed. R. Civ. P. 12(a)(1)(A)(i), an answer or responsive pleading is due July 2, 2026. Defendant Maggie Toulouse Oliver hereby moves for a twenty-one-day extension of time to file a responsive pleading in this matter.

After conferring with the Defendant, the undersigned attorney believes that this case can be settled in a way that is mutually beneficial to both parties. A twenty-one-day extension of time to file a responsive pleading would permit the parties time to meet and attempt to negotiate a settlement. Such an extension would require the responsive pleading to be filed by July 23, 2026. This request is not intended for purposes of delay, but so that justice may be done.

On July 1, 2026, counsel for Plaintiff consented to the extension of time.

1

Thus, Defendant respectfully requests a twenty-one-day extension of time to file a responsive pleading up to and including July 23, 2026.

Respectfully submitted,

NEW MEXICO DEPARTMENT OF JUSTICE

RAÚL TORREZ
Attorney General

 _/s/ Edward L. Marshall_____
EDWARD L. MARSHALL
Director of Government Litigation

408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060
emarshall@nmdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the CM/ECF electronic filing system on July 2, 2026 to:

Noel H. Johnson
Samuel Swanson
Public Interest Legal Foundation
njohnson@publicinterestlegal.org
sswanson@publicinterestlegal.org

 /s/Edward L. Marshall_____
EDWARD L. MARSHALL
Director of Government Litigation

2